UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 18-mj-03581-EGT

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CESAR ALTIERI SAYOC,

    Defendant.
_____/

## NOTICE OF PERMANENT APPEARANCE

COMES NOW the law office of BENJAMIN, AARONSON, EDINGER & PATANZO, P.A. and files this Notice of Appearance as Attorney of Record for the Defendant herein.

BENJAMIN, AARONSON, EDINGER &
PATANZO, P.A.

/s/ James S. Benjamin
JAMES S. BENJAMIN, ESQ.
  Jamie@BenjaminAaronson.com
  Fla. Bar No. 293245
DANIEL R. AARONSON, Esq.
  DanAaron@Bellsouth.net
  Fla. Bar No. 314579
PETER T. PATANZO, Esq.
  ppatanzo@Bellsouth.net
  Fla. Bar No. 174645

1700 East Las Olas Blvd., #202
Fort Lauderdale, Florida 33301
(954) 779-1700

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that the foregoing was filed with the CM/ECF system and that a copy was furnished, through the system, to <u>Usafls.transferprob@usdoj.gov</u>, Assistant United States Attorney, this 29th day of October, 2018.

                                                /s/ James S. Benjamin  
                                                JAMES S. BENJAMIN