```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                           MIAMI DIVISION
                    CASE NO.  18-mj-03581-EGT



    UNITED STATES OF AMERICA,

                 Plaintiff,

         vs.
                                           Miami, Florida
                                           October 29, 2018
    CESAR ALTIERI SAYOC,                   Pages 1-6

                 Defendant.
    _____


                 TRANSCRIPT OF INITIAL APPEARANCE
               BEFORE THE HONORABLE EDWIN G. TORRES
                   UNITED STATES MAGISTRATE JUDGE



    APPEARANCES:

    FOR THE PLAINTIFF:
                         United States Attorney's Office
                         BY:  JANE KIM, A.U.S.A.
                         BY:  KAREN STEWART, A.U.S.A.
                         BY:  MICHAEL SHERWIN, A.U.S.A.
                         99 Northeast Fourth Street
                         Miami,  Florida 33132


    FOR THE DEFENDANT:
                         Benjamin, Aaronson, Edinger & Patanzo, P.A.
                         BY:  JAMES S. BENJAMIN, ESQ.
                         BY:  DANIEL R. AARONSON, ESQ.
                         BY:  PETER T. PATANZO, ESQ.
                         1700 East Las Olas Boulevard
                         Suite 202
                         Fort Lauderdale, Florida 33301
```

```
TRANSCRIBED BY:    DAWN M. SAVINO, RPR
                   Official Court Stenographer
                   400 N. Miami Avenue, 10S03
                   Miami, Florida  33128
                   Telephone:  305-523-5598
```

P-R-O-C-E-E-D-I-N-G-S

COURTROOM DEPUTY:  Calling case number 18-MJ-3581-Torres, United States versus Cesar Altieri Sayoc.

UNIDENTIFIED SPEAKER:  Your Honor, I beg the Court's indulgence.  Much of the media has been relegated to standing room only.  If I could impose on you, again I apologize, to pull your microphone a bit closer.  We can't hear you.

THE COURT:  That's okay.  That's okay.

UNIDENTIFIED SPEAKER:  If we can move closer?  I can't hear you.

THE COURT:  Oh, pull up the thing.  Try another mic. Does this one work better?

UNIDENTIFIED SPEAKER:  Very much better, Your Honor. Thank you.

THE COURT:  Okay.  That's fine.  No problem.

Your full name for me, sir?

THE DEFENDANT:  Cesar A. Sayoc.

THE COURT:  Mr. Sayoc, you're before the court pursuant to a complaint that's been filed against you in the Southern District of New York.  That complaint is alleging that you engaged in interstate transportation of explosives in violation

of federal law, illegal mailing of explosives, threats against former presidents and other protected officers in violation of federal law, threatening through use of interstate communications, and assaulting federal officers, all in violation of federal law.

In response to this allegation, Mr. Sayoc, you have a right to remain silent, anything you may say be used against you. You also have a right to have a lawyer represent you and defend you in these allegations.

Do you understand all that, Mr. Sayoc? Yes?

THE DEFENDANT: Yes, sir.

THE COURT: You also have a right to a hearing in this district to determine if you're the same Cesar Altieri Sayoc that's been charged up in New York. Do you understand that?

THE DEFENDANT: Yes, sir.

THE COURT: All right. Appearance for Mr. Sayoc?

MR. BENJAMIN: Good morning or good afternoon, Judge. Jamie Benjamin, Daniel Aaronson and Peter Patanzo on behalf of Mr. Sayoc. We filed a notice of appearance.

THE COURT: Thank you. Temporary at this point?

MR. BENJAMIN: Well Judge, permanent for the Southern District of Florida.

THE COURT: Very well. Thank you very much. Government's position on bond for Mr. Sayoc?

MS. KIM: Yes, Your Honor. Jane Kim, Karen Gilbert and

```
 1   Michael Sherwin for the Government, and the Government seeks
 2   detention on the basis of danger to the community and risk of
 3   flight.
 4           THE COURT:  Mr. Benjamin.
 5           MR. BENJAMIN:  Judge, we hear the Government,
 6   anticipated that probably would be their position.  We're not
 7   prepared to go forward with a pretrial detention hearing at this
 8   time.
 9           THE COURT:  Would you like Wednesday?
10           MR. BENJAMIN:  Judge, we had talked amongst the parties
11   before we came before Your Honor.  We were talking about maybe
12   next Monday, but --
13           THE COURT:  That's fine.  Monday?
14           MS. KIM:  Your Honor, the Government would ask for the
15   first available time for the Court.  We have had discussions
16   about having a hearing on Monday, but given the nature of the
17   offense and the want for speedy and efficient transport to the
18   Southern District of New York, we would ask for a time as early
19   as available on the calendar.
20           THE COURT:  Well, the Government is entitled to three
21   days, but as an accommodation, at your request, I'll make it for
22   Friday?
23           MR. BENJAMIN:  Yes, Your Honor, that would work.
24           THE COURT:  Okay.  Mr. Sayoc, the Government's seeking
25   to detain you in custody pending your trial.  You have a right
```

```
 1    to a hearing on that request.  I'm going to set your detention
 2    hearing for this Friday at 10:00.  That's November --
 3              COURTROOM DEPUTY:  November 2nd.
 4              THE COURT:  November 2nd.  I'll also set a status
 5    conference on removal at that point.  Okay?  You agree?
 6              MR. BENJAMIN:  Yes, Your Honor, we would agree.
 7              THE COURT:  Okay.  So we'll see you again on Friday
 8    morning.  In the meantime, you'll remain in our custody.
 9              MR. BENJAMIN:  Have a nice day, Judge.
10              THE COURT:  Oh, did you file your notice, Mr. Benjamin?
11              MR. BENJAMIN:  Notice of appearance?  It's been filed
12    as of this morning, right after PACER -- it was up on PACER.
13              MR. AARONSON:  That was for all three of us.  We've
14    done that.
15              COURTROOM DEPUTY:  Thank you.
16              THE COURT:  Thanks.
17              MR. BENJAMIN:  Your Honor, I'm sorry.  There was one
18    other additional matter if you would entertain a question.
19              We have only been able to see Mr. Sayoc at -- in the
20    SHU, the Special Housing Unit at the FDC, through a glass.  My
21    understanding is there is accommodation in the visiting room for
22    SHU housed inmates to be able to sit at a table, go over
23    paperwork and talk.  And we're requesting that ability.  It is
24    next to impossible to have the interaction that we need to have
25    with our client, you know, with this piece of glass.
```

```
 1              THE COURT:  When do you want to go see him?
 2              MR. BENJAMIN:  Within the -- well, of course before
 3   Friday.  But hopefully maybe tomorrow?
 4              THE COURT:  You want to go tomorrow?
 5              MR. BENJAMIN:  Yeah.
 6              THE COURT:  I'll enter an order to -- asking the warden
 7   to make an accommodation.
 8              MR. BENJAMIN:  That would be great, Judge.
 9              THE COURT:  He doesn't have to listen to me, but I'll
10   make the request.
11              MR. BENJAMIN:  Of course.  Thanks so much, Judge.
12   Sorry to interrupt again.
13              THE COURT:  Okay.  Thank you.
14              (PROCEEDINGS CONCLUDED)
15                              * * * * *
16                        C E R T I F I C A T E
     I certify that the foregoing is a correct transcript from the
17   record of proceedings in the above-entitled matter.
18   10/29/2018              /s/ Dawn M. Savino
     Date                    DAWN M. SAVINO, RPR
```

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**