UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-mj-3581-EGT

**UNITED STATES OF AMERICA,**

vs

**CESAR ALTIERI SAYOC,**
         **Defendant.**
_____/

**NOTICE OF FILING**

The United States hereby gives Notice that on the 31st day of October 2018, the Government hereby files the following documents: a letter addressed to United States Magistrate Judge G. Edwin Torres and attachments.

                                             Respectfully submitted,

                                             ARIANA FAJARDO ORSHAN
                                             UNITED STATES ATTORNEY

                     By:    */s/ Karen E. Gilbert*
                            KAREN E. GILBERT
                            Assistant United States Attorney
                            Florida Bar No. 771007
                            99 NE 4th Street, Suite 800
                            Miami, FL 33132
                            Tel: (305) 961-9000
                            Fax: (305) 536-4675
                            Karen.gilbert@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** hereby certify that on October 31, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

                                              /s/ *Karen E. Gilbert*
                                              Assistant United States Attorney